# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5357
bgoodman@zeklaw.com

WWW.ZEKLAW.COM

January 22, 2021

**BY ECF**

Honorable Carol Bagley Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Joseph Safdieh v. Citibank, N.A. and HSBC Bank USA, N.A.
Case No. 20 CV 3073 (CBA) (SJN)**

Dear Judge Amon,

We are counsel to defendant Citibank, N.A.  On January 15, 2021 this Court heard oral argument of defendant HSBC Bank USA, N.A.'s motions to dismiss the complaint and Citibank's cross-claims.  Following argument, the Court asked if plaintiff and Citibank would be willing to abandon their respective claims against each other, and to respond by January 22, 2021.

We write to respectfully advise this Court that Citibank will not voluntarily dismiss its claims against Plaintiff.  Citibank is presently in a loss position of $125,864.85, for which plaintiff is strictly liable to reimburse Citibank pursuant to N.Y.U.C.C. §§ 4-207 and 3-417.

Respectfully,

Bruce S. Goodman

cc:   All Counsel (by ECF)

4823-8779-8744, v. 1