UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SAFDIEH,

                      Plaintiff/Counter-Defendant

   v.

CITIBANK, N.A.,

                      Defendant/Counter-Claimant.
-----------------------------------------------------------------X

JUDGMENT
20-cv-3073 (CBA) (SJB)

       A Memorandum and Order of the Honorable Carol B. Amon, United States District Judge, having been filed on March 13, 2023, granting Citibank's motion for summary judgment dismissing Plaintiffs state law claims for conversion, violations of the UCC, and negligence, and (2) granting in part and denying in part Citibank's motion for summary judgment as to its counterclaims- specifically, granting Citibank's motion with respect to its first counterclaim; and an Order having been filed on April 4, 2023, directing the Clerk of Court to enter judgment in Citibank's favor on its first counterclaim for breach of presentment warranty; and awarding Citibank damages of $125,864.85; it is

       ORDERED and ADJUDGED that judgment is hereby entered Citibank's favor on its first counterclaim for breach of presentment warranty; and that Citibank is awarded damages of $125,864.85.

Dated: Brooklyn, New York
       April 5, 2023

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
       Deputy Clerk